UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                      Criminal No. 11-cr-37-02-JD

<u>Gary Loranger</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 39) filed by defendant Gary Loranger, with the assent of all co-defendants, is granted; the continuance is limited to 60 days. Trial is continued as to all defendants to the two-week period beginning January 18, 2012, 9:30 AM.

    Defendant Gary Loranger shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                            */s/ Joseph A. DiClerico, Jr.*
                                            Joseph A. DiClerico, Jr.
                                            United States District Judge

Date: October 21, 2011

cc: Charles Keefe, Esq.
    Jonathan Saxe, Esq.
    Bruce Kenna, Esq.
    Theodore Lothstein, Esq.
    Debra Walsh, Esq.
    U.S. Marshal
    U.S. Probation